**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-0907 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

The parties, by counsel, submit this joint status report in response to the Court's November 8, 2012 Minute Order. The parties wish to inform the Court that they have made substantial progress in their settlement negotiations, and anticipate filing a Stipulation of Settlement and Dismissal next week. In the unlikely event that the parties have not reached a final agreement by that time, they will file a further status report on or before Tuesday, January 22, 2013 as required in the Court's November 8, 2012 Minute Order.

Respectfully submitted,

/s/JASON B. ALDRICH
D.C. Bar No. 495488
PAUL J. ORFANEDES
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
Suite 800
425 3rd Street, S.W.
Washington, DC 20024
Tel.:   (202) 646-5172
Fax.:   (202) 646-5199

*Attorneys for Plaintiff*

RONALD C. MACHEN JR., Bar# 447889
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, Bar# 924092
Chief, Civil Division

By: /s/ Benton Peterson
 BENTON PETERSON ,Bar #1029849
 Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
 (202) 514-7238
 benton.peterson@usdoj.gov